COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Ray Gene Arrington v. The State of Texas

Appellate case number:   01-17-00859-CR

Trial court case number:  2138927

Trial court:                    County Criminal Court at Law No. 11 of Harris County

Appellant pled guilty to driving while intoxicated and the trial court sentenced him to confinement for one year, probated for eighteen months and a fine of $500. This court affirmed the conviction in an opinion delivered July 2, 2019. On January 8, 2020, Arrington filed a petition for discretionary review.

Appellant has died, and his counsel filed a motion to dismiss the petition for discretionary review and permanently abate the appeal. On January 29, 2020, the Court of Criminal Appeals granted the motion and dismissed the petition for discretionary review. *See* TEX. R. APP. P. 7.1(a)(2).

We withdraw our opinion issued July 2, 2019 and permanently abate the appeal of this case.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                    ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justices Lloyd, Kelly, and Hightower

Date: February 11, 2020